No. 43. LOUISIANA GREYHOUND CLUB, INC. *v.* CLANCY,
SHERIFF, ET AL.   Argued December 4, 1929.   Decided December 9, 1929.   *Per Curiam:* Decree affirmed, on the authority of *Smith* v. *Commonwealth of Kentucky,* 275

U. S. 509, and cases there cited. *Mr. E. Howard Mc-Caleb* for appellant. *Mr. Eugie V. Parham,* with whom *Mr. Edward Rightor* was on the brief, for appellees.